UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER OMAR ROMERO,

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

Respondent.

NO.  C14-497-RSL

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Respondent's motion to dismiss, Dkt. 6, is GRANTED.

3. Petitioner's habeas petition, Dkt. 1, is DENIED and this action is DISMISSED with prejudice.

\\

\\

\\

ORDER OF DISMISSAL - 1

1       4.  The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

2           DATED this _____ day of _____, 2014.

3

4                                                    _____
                                                     ROBERT S. LASNIK
                                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL - 2